

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTIONS

Appellate case name:        Joel Keith Nichols v. The State of Texas

Appellate case numbers:    01-18-01000-CR

Trial court case numbers:    17CR0618

Trial court:                10th District Court of Galveston County

Appellant's court-appointed counsel, Winifred Weber, filed a motion to withdraw and appellate brief in the above-styled case on June 28, 2019, concluding that the above-referenced appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On July 11, 2019, appellant, Joel Keith Nichols, incarcerated and acting pro se, filed a pro se motion for access to a copy of the appellate records to prepare responses and a motion requesting a 30-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion requesting access to the records and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.


It is so ORDERED.

Judge's signature: ____/s/ Laura C. Higley_____
                   ☑ Acting individually    ☐ Acting for the Court
Date: __July 16, 2019__